**Eugenio Sanchez BERNAL, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 11–1424.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 15, 2011.

Filed: Dec. 20, 2011.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Mexican citizen Eugenio Sanchez Bernal petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of his application for cancellation of removal. We conclude that substantial evidence supports the BIA's determination that Bernal did not meet his burden of demonstrating he was continuously physically present in the United States for ten years before he was served with a notice to appear. *See Sanchez–Velasco v. Holder,* 593 F.3d 733, 735–36 (8th Cir.2010) (standards of review); *Acevedo–Aguilar v. Mukasey,* 517 F.3d 8, 10 (1st Cir.2008) (holding substantial evidence supported denial of cancellation of removal where alien's testimony was inconsistent with other evidence in record regarding relevant dates).

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Accordingly, we deny the petition. *See* 8th Cir. R. 47B.